66 Ill. App.2d 270 (1966)
214 N.E.2d 319
Margaret Kaput, a/k/a Marge Kaye, Plaintiff-Appellee,
v.
Walter Kaput, a/k/a Walter Kaye, Defendant-Appellant.
Gen. Nos. 50,250, 50,622.
Illinois Appellate Court  First District, Second Division.
January 4, 1966.
*271 Karras, Greene, Licastro & Licastro, of Chicago (Frank Licastro, Sr., of counsel), for appellant.
Herbert F. Friedman, of Chicago, for appellee.
(Abstract of Decision.)
Opinion by JUSTICE LYONS.
Judgment affirmed.
Not to be published in full.